# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 16, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Jon C. Caldara, et al.
v. City of Boulder, Colorado, et al.
No. 20-416
(Your No. 18-1421)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk