IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 1:18-cv-01211-MSK

JON C. CALDARA;
BOULDER RIFLE CLUB, INC., a Colorado nonprofit corporation;
GENERAL COMMERCE, LLC, d/b/a Bison Tactical, a Wyoming limited liability company;
TYLER FAYE; and
MARK RINGER,

    Plaintiffs,

v.

CITY OF BOULDER, a Colorado home rule municipality;
JANE S. BRAUTIGAM, City Manager of the City of Boulder, in her official capacity;
GREGORY TESTA, Chief of Police of the City of Boulder, in his official capacity; and
J. DOES 1–10,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that Plaintiffs Jon C. Caldara; Boulder Rifle Club, Inc.; General Commerce, LLC, d/b/a Bison Tactical; Tyler Faye; and Mark Ringer voluntarily dismiss the above captioned action. On June 7, 2022, Defendant City of Boulder repealed Ordinances 8245 and 8259, which were the subject of this litigation. Plaintiffs' counsel contacted Defendants' counsel regarding this notice and Defendants' counsel indicated that Defendants do not oppose this voluntary dismissal.

DATED this the 29th day of June, 2022.

                          Respectfully Submitted,

                          */s/ Cody J. Wisniewski*
                          Cody J. Wisniewski
                          MOUNTAIN STATES LEGAL FOUNDATION
                          2596 S. Lewis Way
                          Lakewood, CO  80227
                          Phone: (303) 292-2021
                          cody@mslegal.org

                          *Attorney for Plaintiffs Jon C. Caldara; Boulder Rifle Club, Inc.; General Commerce, LLC, d/b/a Bison Tactical; Tyler Faye; and Mark Ringer*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2022, I electronically filed the foregoing with the Clerk of Court using this Court's CM/ECF system, which will send notification to all counsel of record pursuant to Fed. R. Civ. P. 5 and D.C.COLO.LCivR 5.1(d).

                                                      */s/ Cody J. Wisniewski*
                                                      Cody J. Wisniewski
                                                      MOUNTAIN STATES LEGAL FOUNDATION